# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Cornerstone Church of Alexandria, Pastor Darryl Knappen, Life Spring Church, Pastor Eric Anderson, Calvary Chapel Saint Paul, Pastor Chik Chikeles,<br><br>Plaintiffs,<br><br>vs.<br><br>Tim Walz, in his official capacity as Governor of Minnesota, or his successor, Keith Ellison, in his official capacity as Attorney General of Minnesota, or his successor,<br><br>Defendants. | Case No. 20-cv-01770-MJD-LIB<br><br><br><br>**STIPULATED NOTICE OF VOLUNTARY DISMISSAL** |

The undersigned, as counsel for all Plaintiffs, on behalf of Cornerstone Church of Alexandria, Pastor Darryl Knappen, Life Spring Church, Pastor Eric Anderson, Calvary Chapel Saint Paul, and Pastor Chik Chikeles, voluntarily dismiss the above-entitled matter without prejudice, each party to bear its own costs, expenses and attorneys' fees. The undersigned as counsel for all Defendants stipulates to the voluntary dismissal.

Dated: March 19, 2021

*/s/Erick G. Kaardal*
Erick G. Kaardal, 229647
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile: 612-341-1076
Email: kaardal@mklaw.com
*Attorneys for Plaintiffs*

Dated:  March 26, 2021

/s/ *Michael Goodwin*

_____
Michael Goodwin
Assistant Attorney General
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 1100
St. Paul MN 55101
Telephone: 651-757-1456
Email: Michael.goodwin@ag.state.mn.us
*Attorneys for Defendants*